UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER FOLEY,<br><br>                    Plaintiff,<br><br>- against -<br><br><br>CHAPEL HILL MEDIA GROUP, LLC<br><br>                    Defendant. | Docket No. 2:20-cv-2369<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Peter Foley ("Foley" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Chapel Hill Media Group, LLC ("Chapel Hill Media Group") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photograph of English musician, singer and songwriter Keith Richards, co-founder of the band the Rolling Stones, owned and registered by Foley, a New York based professional photographer. Accordingly, Foley seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in New York and the acts that give rise to the infringement occurred in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. Foley is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 401 West 56th Street, New York, New York 10019.

6. Upon information and belief, Chapel Hill Media Group is a limited liability company with a place of business at 201 South Estes Drive, Suite C6a, Chapel Hill, NC 27514. At all times material hereto, Chapel Hill Media Group has owned and operated a website at the URL: www.Chapelboro.com (the "Website").

**STATEMENT OF FACTS**

A. **Background and Plaintiff's Ownership of the Photograph**

7. Foley photographed English musician, singer and songwriter Keith Richards, co-founder of the band the Rolling Stones (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Foley is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-201-523.

B. **Defendant's Infringing Activities**

10. Defendant ran an article on the Website entitled *The Music in My Head*- 12/18/18. See: https://chapelboro.com/the-ron-stutts-show/the-music-in-my-head/the-music-in-my-head-12-18-18. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the Website are attached hereto as Exhibit B.

11. Defendant did not license the Photograph from Plaintiff for its article, nor did Defendant have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Defendant infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Defendant are not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant' profits, gains or advantages of any kind attributable to Defendant' infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 27, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Peter Foley*